In the Matter of FREDA K. RALPH, Respondent, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Appellants.

Argued June 4, 1952; decided July 15, 1952.

*Denis M. Hurley, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Stephen J. Rudd* and *Irving L. Bruns* for respondent.

Order of Appellate Division reversed upon the authority of the Civil Practice Act (§ 562-a, subd. [3]) and matter remitted to the Appellate Division for determination on the merits, with costs to abide the event. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.